RECEIVED

NOV 3 0 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| PABLO DURAN, JR.,<br>    Petitioner | CIVIL ACTION NO. 12-0476<br>SECTION "P" |
| VERSUS | JUDGE JAMES T. TRIMBLE |
| WARDEN MEDINA,<br>    Respondent | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that that Duran's habeas petition is DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 30th day of November, 2012.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE